NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

IN RE MORGAN STANLEY, MORGAN STANLEY &
CO. INCORPORATED, J.P. MORGAN CHASE & CO.,
J.P. MORGAN SECURITIES, INC., J.P. MORGAN
CLEARING CORP., CREDIT SUISSE HOLDINGS
(USA), INC., CREDIT SUISSE SECURITIES (USA)
LLC, THE GOLDMAN SACHS GROUP, INC.,
GOLDMAN SACHS & CO., GOLDMAN SACHS
EXECUTION & CLEARING LP, SWS GROUP, INC.,
AND SOUTHWEST SECURITIES, INC.,
*Petitioners.*

---

Miscellaneous Docket No. 962

---

On Petition for Writ of Mandamus to the United
States District Court for the Eastern District of Texas in
case no. 09-CV-0326, Judge Leonard Davis.

------------------------------------------------------------------

IN RE BATS TRADING, INC. (ALSO KNOWN AS BATS
EXCHANGE, INC.), THE NASDAQ OMX GROUP, INC.,
NASDAQ OMX PHLX, INC., INTERNATIONAL
SECURITIES EXCHANGE, LLC, CHICAGO BOARD
OPTIONS EXCHANGE, INCORPORATED, NYSE
EURONEXT, NYSE ARCA, INC., NYSE AMEX, LLC,
SECURITIES INDUSTRY AUTOMATION

CORPORATION, OPTIONS PRICE REPORTING
AUTHORITY, BOSTON OPTIONS EXCHANGE
GROUP, LLC, CME GROUP, INC., BOARD OF
TRADE OF THE CITY OF CHICAGO, INC., AND NEW
YORK MERCANTILE EXCHANGE, INC.,
*Petitioners.*

Miscellaneous Docket No. 964

On Petition for Writ of Mandamus to the United
States District Court for the Eastern District of Texas in
case nos. 09-CV-0327, Judge Leonard Davis.

IN RE THOMSON REUTERS CORPORATION,
FACTSET RESEARCH SYSTEMS INC.,
BLOOMBERG L.P. AND INTERACTIVE DATA
CORPORATION,
*Petitioners.*

Miscellaneous Docket No. 967

On Petition for Writ of Mandamus to the United
States District Court for the Eastern District of Texas in
case no. 6:09-CV-00333, Judge Leonard Davis.

ORDER

Realtime Data, LLC submits a petition for rehearing
and rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

The petitioners are directed to respond within 14 days of the date of filing of this order.

FOR THE COURT

__JUN 2 3 2011__

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Daniel A. DeVito, Esq.
    Robert A. Cote, Jr., Esq.
    Keith J. Grady, Esq.
    Scott F. Partridge, Esq.
    Rick L. Rambo, Esq.
    David R. Francescani, Esq.
    Michael M. Murray, Esq.
    Lynn E. Rzonca, Esq.
    James H. Shalek, Esq.
    Benjamin W. Hattenbach, Esq.
    Constance S. Huttner, Esq.
    John M. DiMatteo, Esq.
    Brian E. Moran, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 3 2011

JAN HORBALY
CLERK

s19